WESTERN DIST.
*October*, 1840.

BLACKWELL
ET AL.
*vs.*
GRIFFIN.

---

## BLACKWELL ET AL. *vs.* GRIFFIN.

APPEAL FROM THE COURT OF THE SIXTH DISTRICT, FOR THE PARISH OF RAPIDES, THE JUDGE OF THE DISTRICT PRESIDING.

This appeal was evidently taken for delay, and judgment affirmed with the maximum of damages.

This is an action against several endorsers of a promissory note. The note was executed in Alexandria, the 10th June, 1837, and made payable to the order of Spencer Griffin, at the Union Bank in New-Orleans. It was protested at maturity for non-payment, and notice given to the endorsers residing in Rapides, by notices addressed to them at Alexandria, and put in the post-office at New-Orleans.

Griffin alone made defence. He pleaded the general issue, and averred that his endorsement was for accommodation, and the note was intended to be negotiated in bank, but was improperly transferred to the plaintiffs.

There was judgment against the defendants, and Griffin appealed.

*Hyams*, for plaintiffs.

*Brewer*, contra.

*Martin J.*, delivered the opinion of the court.

The defendant, sued as the endorser of a promissory note, pleaded the general issue, and averred that the endorsement was for accommodation, made with the view that the note should be negotiated in the Bank of Louisiana, and was improperly transferred to the plaintiffs.

The endorsement of the defendant was proved, as well as protest and notice thereof. The defendant gave no other evidence in support of the averment, in his answer, but the deposition of the cashier of the Bank of Louisiana, who stated that the note was deposited in bank for discount, but was not discounted, and was afterwards withdrawn by the maker before it became due.

The appeal was evidently taken for delay, and the plaintiffs have prayed for damages.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs and ten per cent. damages.